THEODORE O. LOVELAND et al., Appellants, *v.* JOHN HESS, Respondent.

*Loveland* v. *Hess,* 137 App. Div. 893, affirmed.
(Argued January 28, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1910, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

*John W. Lyon* for appellants.

*William A. Parshall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.